# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | * | CASE NO. A11-76429-MHM |
| | * | |
| KELLEY QUIANA SMITH, | * | |
| | * | CHAPTER 13 |
| | * | |
| | * | |
| | * | |
| | * | |
| DEBTOR. | | |

## NOTICE OF FILING OF MODIFICATION OF CONFIRMED PLAN, DEADLINE FOR FILING WRITTEN OBJECTIONS AND HEARING DATE AND TIME IF OBJECTION IS TIMELY FILED

**To: Creditors and Other Parties in Interest**

**PLEASE TAKE NOTICE** that **Kelley Quiana Smith,** filed a proposed modification to the confirmed plan in this case, a copy of which modification you are receiving with the notice or have recently received by mail. Pursuant to Rule 3015(g) of the Federal Rules of Bankruptcy Procedure, any creditor or other party in interest opposing this proposed Modification must file that objection in writing with the Court on or before the following deadline.

**DEADLINE FOR FILING OBJECTION:** Twenty-four (24) days after the date on which their proposed Modification was filed. The proposed modification was filed on _____5/20/14_____. If the twenty-third day after the date of service falls on a week-end or holiday, the deadline is extended to the next business day.

PLACE OF FILING:    US Courthouse
Clerks Office Room 1340
75 Spring Street, SW
Atlanta, GA 30303

If you mail an objection to the Court for filing, you must mail it early enough so the Court will receive it on or before the date stated above.

You must also serve a copy on the undersigned at the address stated below and on the Debtor at: 2500 Meadow Grove Way, Lilburn, GA 30047.

**PLEASE TAKE FURTHER NOTICE** that if an objection to the proposed Modification is timely filed, the Court will hold a hearing on the modification in Court Room 1204 (12th Floor) of the US Courthouse, 75 Spring Street, SW, Atlanta, GA 30303, at 10:00 AM, on June 19, 2014. **If no objection is timely filed, the proposed Modification will be effective**

/cl

**pursuant to 11 U.S.C.§1329(b)(2) as part of the Confirmed Plan without further order or notice.**

                                                    Respectfully submitted,

                                                   By:      s/_____

Clark & Washington, LLC                     Richard H. Thomson
3300 Northeast Expressway                 Attorney for Debtor
Building 3                                          GA Bar No. 710264
Atlanta, GA 30341
Phone (404)522-2222
Fax (770)220-0685

*/cl*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN THE MATTER OF: | * | CASE NO.: 11-76429-MHM |
| | * | |
| KELLEY QUIANA SMITH, | * | |
| | * | CHAPTER: 13 |
| | * | |
| | * | |
| | * | JUDGE: **MARGARET H. MURPHY** |
| DEBTOR. | * | |

**POST-CONFIRMATION MODIFICATION OF PLAN
AND REQUEST FOR ITS APPROVAL**

**Kelley Quiana Smith** Debtor, proposes to modify the confirmed plan of reorganization as set forth below and requests that this modification be approved.

**MODIFICATION OF PLAN**

**Kelley Quiana Smith** Debtor, hereby modifies the Chapter 13 Plan which the Court confirmed on 6/18/2012 as follows:

Debtor modifies the Chapter 13 Plan paragraph 2 – To retroactively change the following step provision from "Plan payments will increase by $52.00 per month in August 2012…," to "Plan payments will increase by $52.00 per month in January, 2015, upon completion or termination of 401(K) repayment," effective August 2012.

WHEREFORE Debtor prays:

(a) That this "Post-Confirmation Modification of Plan and Request for its Approval" be filed, read and considered;

(b) That this Honorable Court grant this Modification; and,

(c) That this Honorable Court grants such other and further relief as it may deem just and proper.

/cl

Respectfully submitted,

By:   s/  _____
Richard H. Thomson
Attorney for Debtor
GA Bar No. 710264

Clark & Washington, LLC
3300 Northeast Expressway
Building 3
Atlanta, GA 30341
Phone (404) 522-2222
Fax (770)220-0685

/cl

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN THE MATTER OF: | *  CASE NO.: 11-76429-MHM |
| | * |
| KELLEY QUIANA SMITH, | * |
| | *  CHAPTER: 13 |
| | * |
| | * |
| | *  JUDGE: **MARGARET H. MURPHY** |
| DEBTOR. | * |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY

I, Kelley Quiana Smith, hereby certify under penalty of perjury that the attached pleading is true and correct to the best of my information and belief.

Date this  6th day of May, 2014

Signed    s/_____
                Kelley Quiana Smith

/cl