**United States Bankruptcy Court**
**NORTHERN DISTRICT OF GEORGIA - ATLANTA DIVISION**

In re   Kelley Quiana Smith                                            Case No.   **11-76429**
                                  Debtor(s)                            Chapter    **13**

## DEBTOR'S 11 U.S.C. §1328 CERTIFICATE

*This form must be completed and filed with the court in order for each debtor to receive a discharge. In joint cases, this Certificate must be completed and singed by each debtor.*

**I declare under penalty of perjury that the information provided in this Notice is true and correct.**

A. Appropriate Box Must Be Checked:

☑  1. During the time this bankruptcy case has been pending, I have not been required to pay a domestic support obligation (such as child support, maintenance or alimony) by any order of a court or administrative agency or by any statute.

☐  2. During the time this bankruptcy case has been pending, I have paid all domestic support obligations (such as child support, maintenance or alimony) as required under any order of a court or administrative agency or under any statute.

☐  3. During the time this bankruptcy case has been pending, I have not paid all domestic support obligations, such as child support, maintenance or alimony, as required by an order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the information below. If not, skip to paragraph B.**

The name and address of each holder of a domestic support obligation are:

Name: _____          My Current Address:
Address: _____          _____
_____          _____
_____          _____

My Current Employer is:
Name: _____
Address: _____
_____
_____

B. ☑ 1. I **have NOT** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

☐ 2. I **have** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

C. ☑ 1. I **have NOT** received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

☐ 2. I **have** received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

**By signing this Notice, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case. The Court may revoke my discharge if my statements are not accurate.**

DATE:  May 23, 2016

_Kelley Quiana Smith_
Kelley Quiana Smith
Debtor

*DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE*