UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

In re:

KELLEY QUIANA SMITH

Debtor(s)

Case No. 11-76429-LRC

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Adam M. Goodman, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/09/2011.

2) The plan was confirmed on 06/18/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 06/20/2014.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/17/2016.

6) Number of months from filing to last payment: 56.

7) Number of months case was pending: 58.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $12,047.00.

10) Amount of unsecured claims discharged without payment: $33,238.08.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $33,808.34 |
| Less amount refunded to debtor | $474.85 |
| **NET RECEIPTS:** | **$33,333.49** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,450.50 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$3,950.50** |

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICAN INFOSOURCE LP AS AGE | Unsecured | 947.00 | 546.79 | 546.79 | 0.00 | 0.00 |
| ASHFORD UNIVERSITY | Unsecured | 1,759.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 4,916.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| COMCAST | Unsecured | 212.00 | NA | NA | 0.00 | 0.00 |
| CONTINENTAL | Unsecured | 1,086.00 | NA | NA | 0.00 | 0.00 |
| EMORY EASTSIDE MEDICAL CENTEI | Unsecured | 326.00 | 303.97 | 303.97 | 0.00 | 0.00 |
| FIRST BANK OF DELAWARE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GE MONEY BANK | Unsecured | 1,161.00 | NA | NA | 0.00 | 0.00 |
| GRANT & WEBER | Unsecured | NA | 51.00 | 51.00 | 0.00 | 0.00 |
| GWINNETT MEDICAL CENTER | Unsecured | 2,397.00 | NA | NA | 0.00 | 0.00 |
| HSBC AUTO FINANCE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 16,479.00 | 16,478.60 | 16,478.60 | 16,478.60 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | 0.00 | 11,271.05 | 11,271.05 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 199.00 | 199.36 | 199.36 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 414.00 | 562.46 | 562.46 | 0.00 | 0.00 |
| Main Street Acquisitions Corp. | Unsecured | NA | 664.78 | 664.78 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT, II | Unsecured | NA | 1,413.63 | 1,413.63 | 0.00 | 0.00 |
| NATIONAL CAPITAL MANAGEMENT | Secured | 13,406.00 | 13,431.15 | 12,650.00 | 12,650.00 | 254.39 |
| NATIONAL CAPITAL MANAGEMENT | Unsecured | 0.00 | 0.00 | 781.15 | 0.00 | 0.00 |
| PARAGON EMERGENCY PHYSICIANS | Unsecured | 67.00 | NA | NA | 0.00 | 0.00 |
| PARAGON EMERGENCY PHYSICIANS | Unsecured | 27.00 | NA | NA | 0.00 | 0.00 |
| PARAGON EMERGENCY PHYSICIANS | Unsecured | 18.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 233.00 | 233.00 | 233.00 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 224.00 | 224.07 | 224.07 | 0.00 | 0.00 |
| PROGRESSIVE INSURANCE | Unsecured | 338.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 21.00 | NA | NA | 0.00 | 0.00 |
| RENT-A-CENTER F/K/A THE RENTAL | Secured | NA | 444.31 | 0.00 | 0.00 | 0.00 |
| ROCKDALE HOSPITAL | Unsecured | 207.00 | NA | NA | 0.00 | 0.00 |
| Rockdale Medical Center ER Physicians | Unsecured | 153.00 | 153.00 | 153.00 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SCHEDULED UNSECURED DEBT | Unsecured | 239.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 55.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 51.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 247.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 140.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 105.00 | NA | NA | 0.00 | 0.00 |
| SCHEDULED UNSECURED DEBT | Unsecured | 657.00 | NA | NA | 0.00 | 0.00 |
| SEQUOIA FINANCIAL SERVICES | Unsecured | NA | 155.82 | 155.82 | 0.00 | 0.00 |
| SOLUTION REALTY NETWORK RECA | Unsecured | 2,975.00 | 2,975.00 | 2,975.00 | 0.00 | 0.00 |
| TARGET NATIONAL BANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** |  |  |  |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $12,650.00 | $12,650.00 | $254.39 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$12,650.00** | **$12,650.00** | **$254.39** |
| **Priority Unsecured Payments:** |  |  |  |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $16,478.60 | $16,478.60 | $0.00 |
| **TOTAL PRIORITY:** | **$16,478.60** | **$16,478.60** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$19,535.08** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $3,950.50 |
| Disbursements to Creditors | $29,382.99 |
| **TOTAL DISBURSEMENTS :** | **$33,333.49** |

**UST Form 101-13-FR-S (9/1/2009)**

    12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 07/14/2016                        By: /s/ Adam M. Goodman
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
CHAPTER 13

IN RE: ) CASE NO. 11-76429-LRC
KELLEY QUIANA SMITH )
)
)
DEBTOR )

### CERTIFICATE OF SERVICE

This is to Certify that I have this day served

   KELLEY QUIANA SMITH
   288 STONE MOUNTAIN STREET
   LAWRENCEVILLE, GA 30046


   CLARK & WASHINGTON, P.C.
   3300 NORTHEAST EXPRESSWAY
   BUILDING 3, SUITE A
   ATLANTA, GA 30341


with a copy of the foregoing Chapter 13 Trustee's Final Report and Account by depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

DATED: 07/14/2016                                       /S/
                                                                 Adam M. Goodman, Chapter 13 Trustee
                                                                 State Bar No. 300887
                                                                 STANDING CHAPTER 13 TRUSTEE
                                                                 260 PEACHTREE STREET N.W.
                                                                 SUITE 200
                                                                 ATLANTA, GA 30303
                                                                 (678)510-1444
                                                                 trustee@13trusteeatlanta.com

**UST Form 101-13-FR-S (9/1/2009)**